AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**FILED**
**UNITED STATES DISTRICT COURT**
**ALBUQUERQUE, NEW MEXICO**

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

DEC 1 9 2025

**MITCHELL R. ELFERS**
**CLERK**

Rene Wilfredo Rodriguez Avelar )
)
_____ )
*Petitioner* )
)
v. )   Case No. __25cv1272-WJ-JMR__
)          *(Supplied by Clerk of Court)*
Warden, Otero County Processing Center )
)
)
_____ )
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name:   Rene Wilfredo Rodriguez Avelar
    (b) Other names you have used: _____
2.  Place of confinement:
    (a) Name of institution:   Otero County Processing Center
    (b) Address:   26 McGregor Range Rd, Chaparral, NM 88081

    (c) Your identification number:   A208-779-145
3.  Are you currently being held on orders by:
    ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: _____

    (b) Docket number of criminal case: _____
    (c) Date of sentencing: _____
    ☒ Being held on an immigration charge
    ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☒ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:   U.S Immigration and Customs Enforcement
   Otero County Processing Center, Chaparral, New Mexico
   (b) Docket number, case number, or opinion number:   N/A
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Prolonged immigration detention by ICE without sufficient justification or due process.

   (d) Date of the decision or action:   06/24/2025

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:   Board of Immigration Appeals
       (2) Date of filing:   05/11/2025
       (3) Docket number, case number, or opinion number:   unknown
       (4) Result:   pending
       (5) Date of result:
       (6) Issues raised:   Appeal of immigration Judge's removal order. Detention issues are raised habeas petition.

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a second appeal: _____

further administrative appeals were unavailable or inadequate to remedy ongoing unlawful detention. Habeas corpus is the only effective relief

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes         ☒ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal: _____

further administrative appeals were unavailable or inadequate to remedy ongoing unlawful detention. Habeas corpus is the only effective relief.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes         ☒ No

If "Yes," answer the following:
    (a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes         ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Petitioner is not challenging a criminal conviction or sentence. This petition challenges prolonged immigration detention under 28 U.S.C § 2241 therefore, 28 U.S.C § 2255 is inapplicable.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☒ Yes    ☐ No
If "Yes," provide:
(a) Date you were taken into immigration custody: 06/24/2025
(b) Date of the removal or reinstatement order: 04/10/2025
(c) Did you file an appeal with the Board of Immigration Appeals?
☒ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    If "Yes," provide:
    (1) Date of filing: 05/11/2025
    (2) Case number:
    (3) Result: pending
    (4) Date of result:
    (5) Issues raised: Appeal of immigration judges removal order. continued ICE detention challenged in this habeas corpus

  (d) Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes    ☒ No
    If "Yes," provide:
    (1) Name of court:
    (2) Date of filing:
    (3) Case number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Prolonged detention

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
ave been detained by ICE for a prolonged period without any bond hearing, the governed has not shown that I am a danger to society or a flight risk. Continued detention violates the due process clause of the fifth amendment.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes      ☒ No

**GROUND TWO:** Lack of government justification

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Ice has not demonstrated by clear and convincing evidence that I pose a danger to the community or am a flight risk. Less restrictive measures can easily be taken such as bond or supervision.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes      ☒ No

**GROUND THREE:** Indefinite detention

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
There is no significant likelihood of removal in the reasonably foreseeable future based on ongoing immigration proceedings and delays.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes      ☒ No

**GROUND FOUR:**

_____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
❏ Yes           ❏ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Administrative immigration appeals were unavailable or inadequate to address the lawfulness and length of ongoing detention. Habeas corpus is the only effective remedy for these claims.

**Request for Relief**

15. State exactly what you want the court to do: I respectfully request that this court order immediate release, or in the alternative, order the government to provide a prompt and individualized bond hearing at which the government bears the burden of proof by clear and convincing evidence.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury. *Signed by next friend on behalf of petitioner.*

Date: 12/16/25

*Signature of Petitioner*

Claudia Rodriguez

*Signature of Attorney or other authorized person, if any*

Signed as next friend for petitioner.

Claudia Rodriguez
11540 Montana ave trlr C3
El paso TX 79936



9589 0710 5270 3358 1310 96

**CERTIFIED MAIL**

Retail

U.S. POSTAGE PAID
FCM LG ENV
EL PASO, TX 79936
DEC 16, 2025

87102

$7.74

RDC 99

S2322Y501402-77

9589 0710 5270 3358 1310 96

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 19 2025

MITCHELL R. ELFERS
CLERK

Clerk of Court
United States District Court
District of New Mexico
333 Lomas blvd. NW
Albuquerque NM 87102

Claudia Rodriguez
11540 Montana ave trlr C3
El Paso, Texas

Date: 12/16/2025

Clerk of Court
United States District Court
District of New Mexico
333 Lomas Blvd. NW
Albuquerque, NM 87102

Re: Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241
Petitioner: Rene Wilfredo Rodriguez Avelar

Dear Clerk of Court:

Please find enclosed an original Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, filed on behalf of the above-named petitioner, who is currently detained by U.S. Immigration and Customs Enforcement at the Otero County Processing Center.

Also enclosed is
☑ the $5.00 filing fee

Please file the petition and take any further action required by the Court.

Thank you for your assistance.

Respectfully submitted,

*Claudia Rodriguez*
Claudia Rodriguez
Next Friend for Petitioner

Claudia Rodriguez
11540 Montana ave trlr C3
El paso TX 79936

9589 0710 5270 3358 1310 96

**Retail**



CERTIFIED MAIL®




87102

9589 0710 5270 3358 1310 96

U.S. POSTAGE PAID
FCM LG ENV
EL PASO, TX 79936
DEC 16, 2025

**$7.74**

S2322Y501402-77

RDC 99

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 19 2025

MITCHELL R. ELFERS
CLERK

Clerk of Court
United States District Court
District of New Mexico
333 Lomas blvd. NW
Albuquerque NM 87102